

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00350 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| DEVONTE JACOBEE JACKSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A. On or about June 20, 2020, the defendant,

DEVONTE JACOBEE JACKSON,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Aggravated Assault, three counts, and First Degree Criminal Mischief in Pulaski County, Arkansas, Circuit Court case number CR 16-705.

B. On or about June 20, 2020, in the Eastern District of Arkansas, the defendant,

DEVONTE JACOBEE JACKSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Browning Arms, 9 millimeter pistol, bearing serial number 245NV53753, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A. On or about November 12, 2020, the defendant,

DEVONTE JACOBEE JACKSON,

1

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:  Aggravated Assault, three counts, and First Degree Criminal Mischief in Pulaski County, Arkansas, Circuit Court case number CR 16-705.

  B. On or about November 12, 2020, in the Eastern District of Arkansas, the defendant,

DEVONTE JACOBEE JACKSON,

knowingly possessed, in and affecting commerce, one or more of the following:

1. A firearm, that is: a Taurus, model PT111 Millennium G2, 9 millimeter pistol, bearing serial number TJT 86343;
2. One or more rounds of PMC 9 millimeter ammunition; and
3. One or more rounds of Aguila 9 millimeter ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 or Count 2 of this Indictment, the defendant, DEVONTE JACOBEE JACKSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]