IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              CASE NO. 4:20-CR-00350-BSM

DEVONTE JACOBEE JACKSON                                                       DEFENDANT

## ORDER

Devonte Jackson's *pro se* motion to reduce his sentence [Doc. No. 36] is denied. Jackson's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2)." Doc. No. 29 at 3. Because Jackson knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *See United States v. Cowan*, 781 F. App'x 571, 571-72 (8th Cir. 2019) (per curiam) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement). Additionally, as the government points out in its response in opposition to the motion, the 18 United States Code section 3553(a) factors do not support reducing Jackson's sentence.

IT IS SO ORDERED this 4th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE